# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| FLYBY CAPITAL, INC. and<br>GUY'S SNACKS CORPORATION,<br><br>    Plaintiffs,<br><br>vs.<br><br>HEARTLAND SNACKS, LLC and<br>MARK H. STISSER,<br><br>    Defendants. | Case No. 08-0523-CV-W-GAF |

## ORDER OF DISMISSAL

Now before the Court is the parties' Stipulation of Dismissal. Accordingly, it is

ORDERED that Plaintiffs FlyBy Capital, Inc.'s and Guy's Snacks Corporation's and Defendant and Counterclaim Plaintiff Heartland Snacks, LLC's claims against one another are dismissed with prejudice.

IT IS FURTHER ORDERED that Plaintiffs FlyBy Capital, Inc.'s and Guy's Snacks Corporation's claims against Defendant Mark Stisser, are dismissed with prejudice, including, but not limited to, Plaintiffs' right to collect the monetary sanctions awarded against Defendant Mark H. Stisser.

IT IS FURTHER ORDERED that this Court's Permanent Injunction Order entered March 6, 2009 (Doc. #100) remains in full force and effect.

                                                s/ Gary A. Fenner
                                              Gary A. Fenner, Judge
                                              United States District Court

DATED: September 16, 2009